The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

VU THANH TRAN,

Defendant.

NO.  CR06-0079-JCC-3

[~~PROPOSED~~] BRIEFING SCHEDULE
RE: *CORAM NOBIS* MOTION (Dkt. 224)

Upon the unopposed request of the United States (**Dkt 230**), the Court hereby ORDERS the following schedule shall control briefing in the matter of the "Motion and Memorandum for Writ of Error *Coram Nobis*," filed by Defendant Vu Thanh Tran on February 2, 2026 (**Dkt 224**).

    a.  The United States' response to the motion should be filed on or before March 11, 2026; and

    b.  Any reply should then be filed on or before March 18, 2026; and

    c.  The matter should be noted for March 18, 2026.

Dated: February 26th, 2026.

JOHN C. COUGHENOUR
United States District Court Judge

Briefing Schedule for Motion - 1
*United States v. Tran*, CR06-079 JCC