UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VU THANH TRAN,<br><br>Defendant. | No. CR06-0079-JCC-3<br><br>[PROPOSED]<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the unopposed notice of the United States for leave to dismiss all pending charges in this matter as to Vu Thanh Tran.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against Vu Thanh Tran are dismissed.

DATED this 8th day of June 2026.

_____
John C. Coughenour
United States District Judge

Prepared by:
*s/ Sarah Y. Vogel*
SARAH Y VOGEL
Assistant United States Attorney

Order of Dismissal -- 1
*United States v. Tran*, CR06-0079-JCC-3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970